TOWN OF NORTH HEMPSTEAD, Appellant, v. MYRA C. HARPER, as Administratrix c. t. a. of WESLEY HARPER and as Substitute Trustee under the Trust of WESLEY HARPER, and HARPER-GOW CORPORATION, Respondents.— Action in ejectment to recover land bordering on Long Island sound, at Sands Point, in the town of North Hempstead. Without objection, the case was submitted to the jury on special questions, the second of which was: Had the defendants or their predecessor been in adverse possession of the land in dispute for at least twenty years prior to April 18, 1931? and the third: Was it the intention of the parties at the time of the settlement and discontinuance of a prior ejectment action by the town against Wesley Harper that the town would recognize defendants herein as the owners of the land in dispute? The jury answered both questions in the affirmative and a general verdict in favor of the defendants was directed on the special verdict, and the judgment appealed from entered. Judgment and order denying motion for a new trial unanimously affirmed, with costs. No opinion. Appeal from order of December 11, 1933, dismissed. There is no such order in the record. Present — Lazansky, P. J., Young, Hagarty, Carswell and Johnston, JJ.

ETHEL TRUEDSON and FRED TRUEDSON, Appellants, v. NEW YORK AND QUEENS TRANSIT CORPORATION, Respondent.— Action by Ethel Truedson to recover damages for personal injuries sustained when, as she was alighting from defendant's closed trolley car, in which she was a passenger, the car started with a jerk and she was thrown to the ground; action also by her husband to recover for medical expenses and loss of services. Appeal from judgment in favor of defendant, entered on the verdict of a jury. Judgment reversed on the law and the facts and a new trial granted, costs to abide the event, in order that there may be a trial free from undue interference by the trial justice during the presentation of the evidence. Young, Carswell, Davis, Adel and Taylor, JJ., concur.